## In the matter of Merritt Andress v. The Board of of School Inspectors of the Township of Williamstown.

*School Inspectors : Power to change School House sites : Notice : Notice of a meeting of the Board of School Inspectors to change a school house site is necessary. (Passage v. School Inspectors of Williamstown, supra p. 330.)*

The power of School Inspectors to change a school house site, upon the written request of a majority of qualified voters of the district, is limited to cases where the site has been fixed by the School Inspectors because the inhabitants were unable to agree upon a site.

*Heard October 22. Decided October 26.*

Certiorari: To the Board of School Inspectors of the Township of Williamstown to review their proceedings in changing the site of a school house.

*Longyear & Seager,* for relators.

*Dart & Wiley,* for respondents.

CAMPBELL J.

The complaint made in this cause is that the respondents without any public notice, met and removed a school house site. In their return they admit this and say they acted on the request in writing of a majority of the voters in the district.

In the matter of *John J. Passage and others v. the same respondents,* just decided, we held that notice was necessary to making a meeting valid. But the other question is material and we therefore proceed to dispose of it to prevent further irregularities.

The location and change of sites for school houses must usually be made by a vote of two thirds of the voters present at a district meeting. *1 C. L. § 2,262.* The reason for this is obvious, as all such votes may create a burden on the district, and it is proper that the people should

have a voice in such matters. It is only when the inhabitants cannot agree in establishing any site at all, that the inspectors are allowed to fix one. And any site which the inspectors have thus adopted may be changed by them on the written request of a majority of the qualified voters of the district. § *2,263 as amended by laws of 1861, p. 285.* There is no power whatever to interfere with what has been agreed upon by the people themselves.

The whole action of the Board was beyond their jurisdiction and must be quashed.

The other Justices concurred.